UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMJ GLOBAL ENTERTAINMENT, LLC, individually and all others similarly situated,<br><br>        Plaintiff,<br><br>  -against-<br><br>MIGOM GLOBAL CORP., et al.,<br><br>        Defendants. | 24-CV-6600 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic conference on **Friday, January 10, 2025 at 12:00 PM**. The parties shall join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 196 420 486#.**

DATED: January 6, 2025
        New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge