UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMJ Global Entertainment, LLC<br><br>                Plaintiff,<br><br>-against-<br><br>Migom Global Corp., et al.,<br><br>                Defendants. | 24cv06600 (VSB)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      I held a status conference on January 10, 2025. Plaintiff takes the position that an agent of Migom Global Corp. and Migom Bank LTD has accepted service on behalf of those Defendants; that Defendants Blaha and Herzer were served; and that the central authorities of the United Kingdom and Austria are in the process of effecting service under the Hague Convention on the remaining individual Defendants. The time to respond to the complaint for Migom Global Corp. and Migom Bank LTD has passed, and the Clerk of Court has issued a certificate of default as to those Defendants (ECF 39).

      It is hereby ORDERD that, by **January 14, 2025**, Plaintiff shall serve a copy of this order on Migom Global Corp. and Migom Bank LTD via email and mail and that Plaintiff shall file proof of such service on the docket by the same day.

      It is FURTHER ORDERED that Defendants Migom Global Corp. and Migom Bank LTD shall have until **January 24, 2025** to have counsel file a notice of appearance on their behalf on the docket. If such a notice of appearance is filed, those two Defendants shall have until **January 31, 2025** to move to vacate the certificate of default, and Plaintiff shall have until **February 7,**

**2025** to file an opposition, if any; and if the certificate of default is vacated, those two Defendants shall have until **March 3, 2025** to respond to the complaint, and until **March 31, 2025** to file any papers in connection with the pending motion for appointment of lead plaintiff and lead counsel (ECF 28).

It if further ORDERED that, if any Defendants move to dismiss the complaint on any grounds by **March 3, 2025**, as permitted by Judge Broderick's scheduling order (ECF 34) and this order, those Defendants may file a letter-motion to stay discovery on the same date; Plaintiff shall have until **March 10, 2025** to oppose any such motion to stay discovery.

DATED:  January 10, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge